# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| IZIAH COX and KAYA COX, | )  Case No. 1:25-MJ-237(PJE) |
| Defendants. | ) |

U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
Aug 18 - 2025
John M. Domurad, Clerk

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. From in or around April 2025 through in or around May 2025, in Albany County in the Northern District of New York and elsewhere, the defendants violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Violate Federal Law |

This criminal complaint is based on these facts:
☒    Continued on the attached sheet.

*Complainant's signature*
FBI Special Agent Danielle Ellis
*Printed name and title*

Attested to by the Affiant by Teams in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:  8/18/2025

*Judge's signature*

City and State:   Albany, New York      Hon. Paul J. Evangelista, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## A CRIMINAL COMPLAINT

I, Danielle Ellis being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a criminal complaint charging IZIAH COX ("IZIAH") and KAYA COX ("KAYA") with violating of 18 U.S.C. § 371 by conspiring to violate 18 U.S.C. § 1014 in making false statements to banks.

2. I am a Special Agent with the Federal Bureau of Investigation (FBI). I am empowered to investigate and make arrests for the offenses set forth in 18 U.S.C. § 2516. As such, I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510(7).

3. I have been employed as a Special Agent of the FBI since August 2023. I am currently assigned to the Albany Field Office, investigating white collar violations, including complex financial crime. Prior to becoming an FBI Special Agent, I was employed by the Enfield Police Department in Connecticut and assigned to the patrol division, where I conducted investigations of internet crimes and financial fraud. Since joining the FBI, I have received training on the proper techniques for investigating financial crimes, including the use of surveillance, financial analysis, and the application for and execution of search and arrest warrants.

4. As the case agent, I am familiar with the facts of this case. The facts in this affidavit come from my personal observations, interviews of witnesses, my training and experience, and my and other's analysis of various records and information. The information contained in this affidavit is not an exhaustive account of everything I know about this investigation. Rather, it contains only the facts that I believe are necessary to establish probable

cause in support of a criminal complaint. Where statements of others are related in this affidavit, they are related in substance and in part.

## PROBABLE CAUSE

5.   There is probable cause to believe that IZIAH, KAYA, and others have conspired to make false statements to numerous banks in the Capital Region and elsewhere by operating an elaborate network of dozens of New York State business entities and Albany County "Doing Business As" ("DBA") business entities. These trade names were used to open numerous bank accounts in the Capital Region of New York and elsewhere that served to collect incoming wire transfers and checks resulting from various domestic and international fraud scams, many of which were Business Email Compromise ("BEC") frauds.

6.   The conspirators create DBA entities in Albany County that utilize the names of real companies, most of which are international. These DBAs are then utilized by members of the conspiracy, including KAYA, to open deposit accounts at banks and credit unions in the names of these companies, which then receive wires intended for the real companies that have been initiated through BECs. The conspirators then rapidly deplete the funds through large cash withdrawals, point-of-sale debits, peer-to-peer transfers, cashier's check withdrawals, ACH transfers, and wire transfers, some of which have been traced by the FBI to other criminal networks located elsewhere in the United States.

7.   On August 12, 2025, this Court issued a search and seizure warrant for information associated with Co-Conspirator-1's iCloud and Snapchat accounts. The iCloud production was for the time period January 1, 2024 through July 19, 2024. The Snapchat production was for the time period January 1, 2024, through July 30, 2024. Through these

communications and other evidence, the FBI has identified IZIAH as the "manager" behind the operation.

8.  In my training and experience, fraudsters committing crimes like those at issue here frequently operate in "cells," which are managed, controlled and operated by one or more individuals who utilize lower-level individuals to be the "face" of the schemes and conduct in-person transactions to further the schemes. IZIAH's role in the scheme is consistent with being a manager of KAYA and others.

9.  An ongoing review of Co-Conspirator-1's iCloud production pursuant to the above-referenced search warrant revealed several communications between Co-Conspirator-1's's telephone number, ending in 0215, and the telephone number ending in 8343, known to me to be associated with IZIAH based on a January 2024 Albany Police report. On May 13, 2023, at approximately 9:55 a.m., IZIAH texted Co-Conspirator-1 the following:

> IZIAH: "I'm on my way to u so we can get dba.'
>
> IZIAH: "Call dem at 2 to verify but I'll see u before that."
>
> IZIAH: "U got the info."

10. Based on my experience and knowledge of the investigation, I believe on this day, IZIAH was transporting Co-Conspirator-1 to the Albany County Clerk's Office for Co-Conspirator-1 to open up a DBA in his name. Another example of IZIAH playing a larger role in the scheme is the following text message conversation with Co-Conspirator-1 on July 24, 2024, at approximately 12:37 p.m.:

> Co-Conspirator-1: "I'm coming now."
>
> Co-Conspirator-1: "4:15"
>
> IZIAH: "N come"

IZIAH: "Ask wat time dey close."

IZIAH: "Ok she kno best."

Co-Conspirator-1: "Yeah she telling me I can't use corporation."

IZIAH: "And it's not a corporation."

IZIAH: "She said corporation can't be used even tho u doing a dba."

Co-Conspirator-1: "She went off somewhere looking for someone."

Co-Conspirator-1: "Alright waiting for the lady to come back now."

11.    Based on the above conversation, it appears Co-Conspirator-1 was in the bank trying to open an account. It also appears that Co-Conspirator-1 and IZIAH may be on a phone call, as Co-Conspirator-1 is responding to what IZIAH is saying through text message. Overall, it appears that IZIAH is coaching Co-Conspirator-1 on what to say.

12.    The FBI obtained records from Cash App,[1] showing that there is a connection between IZIAH and Co-Conspirator-1. On June 1, 2023, Co-Conspirator-1 opened a KeyBank, N.A. ("KeyBank") business account for a DBA entity ending in 3609 ("KeyBank 3609). KeyBank 3609 received a potential victim wire on August 31, 23 for $30,242. Following this wire, there were four Cash App transactions to Co-Conspirator-2 on September 19, 2023 ($500, $1,000, and $2,500). When the funds are traced into Co-Conspirator-2's Cash App account, it shows the source of the funds is "Raymond Smith." On June 20, 2021, IZIAH verified his identity with Cash App under his true name with New York State Identification Card and

---

[1] Cash App is a financial services platform, not a bank. Cash App does not require an associated bank account to use the platform to add or send money in the app. Users can also obtain a Cash App card that is connected to their Cash App balance. Cash App requires verification to include a picture of the front and back of an identification and also, a selfie of the face and side profile.

changed his display name to "Raymond Smith. Therefore, Co-Conspirator-1's KeyBank 3609 is linked to IZIAH's Cash App account through a KeyBank debit card.

13. Beginning in at least June 1, 2023, KAYA filed ten DBAs with the Albany County Clerk's Office in the span of two years that impersonate the name of pre-existing business entities, including Company-1

14. On April 23, 2025, KAYA, filed a DBA form with the Albany Clerk's Office, allowing KAYA to conduct business as Company-1. The form was dated and signed by KAYA and was witnessed by the Commissioner of Deeds.

15. On April 28, 2025, KAYA opened a Pioneer Bank, N.A. ("Pioneer") business account DBA Company-1, account ending in 7619 ("Pioneer 7619") at an Albany Pioneer branch. KAYA presented the Albany County Certificate of Doing Business Under Assumed Name form dated April 23, 2025, Filing Receipt, and signed a Pioneer Bank Resolution of Sole Proprietorship document dated April 28, 2025, certifying to Pioneer that he was the sole owner of Company-1.

16. On May 7, 2025, at an Albany Pioneer branch, IZIAH was captured on surveillance making a $20 ATM deposit into Pioneer 7619.

17. On May 12, 2025, Pioneer 7619 received a $121,301.09 wire credit from "[Company-2]/Payment JNL." The following day, personal expenses were made at a retail/department store for $388.38 and a USPS store for $753.40.

18. On May 14, 2025, following the $121,301.09 wire credit from Company-2 to Pioneer 7619, KAYA and IZIAH were captured on surveillance at an Albany Pioneer branch. Both entered the branch and approached the teller. Upon review, it appears through the entire interaction that IZIAH was coaching KAYA with looks and occasional conversation. Based on

documents provided by Pioneer, KAYA purchased three cashier's checks: a check for $15,000 paid to the order of Company-3, which is linked to Co-Conspirator-3, and two checks each for $43,000 pay to the order of Company-4, which is linked to Co-Conspirator-4.

19.  On May 14, 2025, the first above-referenced check was presented for deposit into an account controlled by Co-Conspirator-3 at Broadview Federal Credit Union ("BFCU"), account number ending in 8156. Pioneer alerted BFCU that the check contained fraud proceeds and the BFCU account was frozen. The other two checks were presented for deposit at Needham Bank in Massachusetts on May 14, 2025, but were also stopped by Pioneer.

20.  On or about May 14, 2025, the FBI received a complaint from Company-2, a Florida business, advising they were a victim of a BEC, where the recipient for $121,301.09 wire was Pioneer 7619.

21.  On August 6, 2025, FBI personnel telephonically interviewed representatives of Company-2, who in sum and substance, provided the following information. In April 2025, Company-2 was engaged in email correspondence with various individuals who work for Company-1, regarding a purchase order placed by Company-2 with Company-1. The first several emails from Company-1 in that exchange were from email addresses ending with "[Company-1].com," and were exchanged with legitimate Company-1 employees. Over the course of several weeks, sometime after the initial email exchange, Company-2 received another series of emails purporting to be from Company-1 employees. The email addresses associated with this exchange, however, ended with "[Company-1].*us*." The person using the fraudulent email domain noted above directed Company-2 to change the payment method they had on file for Company-1 and to send payment to a Pioneer account. Based solely on these

instructions, Company-2 made a payment of approximately $121,000 to the Pioneer Bank account provided by the individual.

22. A Pioneer Bank Vice President ("VP-1") recorded several phone conversations with KAYA. On May 23, 2025, VP-1 called KAYA and advised KAYA that the Company-2 wire was fraudulent, and Pioneer would be closing his account. KAYA said, among other things, he contacts Company-2 via email. KAYA said he sells processed meats and has future business going on and wanted the status of his account.

## CONCLUSION

23. Based on the foregoing, there is probable cause to conclude that IZIAH Cox and KAYA Cox have conspired to make false statements to banks, in violation of 18 U.S.C. § 371.

Attested to be the affiant:

Danielle Ellis
Special Agent
Federal Bureau of Investigation

I, the Honorable Paul J. Evangelista, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by Teams on August 18, 2025, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Paul J. Evangelista
United States Magistrate Judge